# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2015

## NO. 03-15-00036-CV

**L. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on December 17, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal Because appellant is indigent and unable to pay costs, no adjudication of costs is made.